**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31226

STEFANIE RIVIERE, ET AL,

Plaintiffs,

STEFANIE RIVIERE; THOMAS STURDEVANT,

Plaintiffs-Appellants,

VERSUS

BANNER CHEVROLET, INC., ET AL,

Defendants,

BANNER CHEVROLET, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
January 27, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

BY THE COURT:

The petition for rehearing filed in this case is GRANTED. Our November 4, 1998 opinion is withdrawn and the judgment VACATED. The case will be set for oral argument in due course.